First Trust & Savings Bank and Louis Boisot, plaintiffs in error, v. James McCabe et al., defendants in error. Gen. No. 29,483.

Writ of error dismissed because principal defendant of record not made party. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court

for the first district at the March term, 1925. Writ dismissed. Opinion filed November 23, 1925.

Isham, Lincoln & Beale and Ralph R. Bradley, for plaintiffs in error; Frank L. Wolf, of counsel. William Levine, for defendants in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.